## TELLER V. THE PEOPLE.

No appeal lies from a judgment imposing a penalty for contempt of court.

*Appeal from Superior Court of Denver.*

Mr. W. TELLER, for appellant.

Messrs. L. C. ROCKWELL and D. F. URMY, for appellee.

*Per Curiam:*  The motion to dismiss the appeal must be allowed upon the ground that no appeal lies from a judgment imposing a penalty for a contempt of court.

The cases of *Ex parte Crittenden,* 62 Cal. 534, and *New Orleans v. Steamship Co.* 20 Wall. 392, are conclusive upon the point that the imposition of fines and penalties in contempt proceedings pertains to criminal, and not civil jurisprudence.

In our judgment the proceedings in cases of this character partake sufficiently of the nature of criminal actions to warrant us in holding that they must be reviewed as such.   Inasmuch, therefore, as appeals do not lie in this class of actions under our practice, this appeal must be dismissed and the cause remanded, and it is so ordered.

*Appeal dismissed.*

---

## ATKINSON ET AL. V. TABOR ET AL.

A fund in litigation deposited in a bank which is deemed unsafe; an appeal pending from a judgment disposing of same; a person having a contingent interest in the fund, in common with appellants, withdraws a portion thereof from the bank, with the sole purpose of saving it, in view of the failing condition of bank — the appellee having refused to consent to a change of the place of deposit: *Held,* that the withdrawal is not such an appropriation of the fund in litigation as amounts to a waiver of the right to prosecute the appeal.